**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34058-JBS |
| | § | |
| JAMES P KNIPPEN | § | |
| RENATE M KNIPPEN | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/28/2012. The undersigned trustee was appointed on 08/28/2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                                                 $4,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim distribution | $0.00 |
   | Administrative expenses | $0.00 |
   | Bank service fees | $29.66 |
   | Other Payments to creditors | $0.00 |
   | Non-estate funds paid to 3rd Parties | $0.00 |
   | Exemptions paid to the debtor | $0.00 |
   | Other payments to the debtor | $0.00 |
   | Leaving a balance on hand of[1] | $3,970.34 |

   The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 04/18/2013 and the deadline for filing government claims was 04/18/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.00, for a total compensation of $1,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $4.86, for total expenses of $4.86.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/22/2014         By:   /s/ David P. Leibowitz
                               Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-34058-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | Date Filed (f) or Converted (c): | 08/28/2012 (f) |
| For the Period Ending: | 8/22/2014 | §341(a) Meeting Date: | 10/02/2012 |
| | | Claims Bar Date: | 04/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Single family residence commonly know as 75 Springwood Ct. Roselle, IL 60172-1076 | $368,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2 Vacant Lots - Twin Lakes, Wisconsin PIN: 85-4-119-214-1140 PIN: 85-4-119-214-1135 | $20,000.00 | $24,000.00 | | $4,000.00 | FA |
| Asset Notes: | Lots listed for sale. | | | | | |
| 3 | Cash on hand (approximate) | $40.00 | $0.00 | | $0.00 | FA |
| 4 | Checking Account No. -2510 BMO Harris Bank, N.A. PO Box 94033 Palatine, IL 60094-4033 Balance is approximate | $378.39 | $0.00 | | $0.00 | FA |
| 5 | Pre-paid Mastercard No. -1250 | $9.10 | $9.10 | | $0.00 | FA |
| 6 | Usual and typical household items including 5 sofa/loveseats, 3 occasional chairs, 1 kitchen table set, 1 television cabinet, 3 bookcases, 2 lamps, 6 coffee/end tables, 2 desks, 4 televisions, 1 stereo, 4 beds, 7 nighstands/dressers, 1 tool, 1 lawnmower, 1 outdoor furnishing1 computer, 1 camera, 2 golf club set, bicycles, 1 treadmill, 1 exercise bike, 1 precious moments collection, 1 weight set and kitchen applicances. | $2,680.00 | $1,298.39 | | $0.00 | FA |
| 7 | Usual and typical used clothing | $200.00 | $0.00 | | $0.00 | FA |
| 8 | 1 wedding rings set and 1 pair of earrings | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | $500,000 term life insurance through Northwestern Mutual | $0.00 | $0.00 | | $0.00 | FA |
| 10 | $500,000 term life insurance through Northwestern Mutual | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 401(k) through current place of employment (approximate) | $104,000.00 | $0.00 | | $0.00 | FA |
| 12 | 100% of the common stock of Knippen Enterprises, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Possible 2012 income tax refund | $2,000.00 | $0.00 | | $0.00 | FA |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 12-34058-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | Date Filed (f) or Converted (c): | 08/28/2012 (f) |
| For the Period Ending: | 8/22/2014 | §341(a) Meeting Date: | 10/02/2012 |
| | | Claims Bar Date: | 04/18/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| 14 | 1/6 interest in Estate of James P. Knippen, Sr. Only asset in estate is cause of action against Debtor's sister, Peggy Lethert, who is believed to be insolvent. Attorney representing estate is Anthony Divincenzo. 312-334-4800 x110. | $0.00 | Unknown | | $0.00 | FA |
| 15 | 2000 Ford Expedition | $3,500.00 | $0.00 | | $0.00 | FA |
| 16 | 1998 Chrysler Cirrus | $1,500.00 | $0.00 | | $0.00 | FA |
| 17 | 1995 Harley Davidson FLHR Road King | $3,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**
$506,307.49     $25,307.49     $4,000.00     $0.00

**Major Activities affecting case closing:**

| 06/25/2013 | Liquidation of Vacant lots in WI. |
| 01/16/2013 | Selling Vacant Lots Wisconsin |
| | Valued at $24,000.00 |
| | Motion Employ Lakelaw Granted |
| | Employ Julie Bush Granted |
| 11/27/2012 | 341 held 10/23/2012 – Trustee requested information on vacate lots on Twin Lakes. As of today we have not received the requested information. In addition, please provide complaint in Debtor's suit against Wendy Micho. |
| | Thank you. |

**Initial Projected Date Of Final Report (TFR):** 12/31/2013     /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 12/31/2014     DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1
Exhibit B

| | |  | | | |
|---|---|---|---|---|---|
| **Case No.** | 12-34058-JBS | | **Trustee Name:** | David Leibowitz | |
| **Case Name:** | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | | **Bank Name:** | Green Bank | |
| **Primary Taxpayer ID #:** | **-***6523 | | **Checking Acct #:** | ******5801 | |
| **Co-Debtor Taxpayer ID #:** | **-***6524 | | **Account Title:** | | |
| **For Period Beginning:** | 8/28/2012 | | **Blanket bond (per case limit):** | $5,000,000.00 | |
| **For Period Ending:** | 8/22/2014 | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2014 | (2) | Panorama Asset Recovery, LLC | Payment for estate's equity interest | 1110-000 | $4,000.00 | | $4,000.00 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.37 | $3,995.63 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.23 | $3,989.40 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.64 | $3,982.76 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.01 | $3,976.75 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.41 | $3,970.34 |
| | | | **TOTALS:** | | $4,000.00 | $29.66 | $3,970.34 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,000.00 | $29.66 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,000.00 | $29.66 | |

**For the period of 8/28/2012 to 8/22/2014**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $29.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/07/2014 to 8/22/2014**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $29.66 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29.66 |
| Total Internal/Transfer Disbursements: | $0.00 |

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |  | |
|---|---|---|---|
| **Case No.** | 12-34058-JBS | **Trustee Name:** | David Leibowitz |
| **Case Name:** | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***6523 | **Checking Acct #:** | ******5801 |
| **Co-Debtor Taxpayer ID #:** | **-***6524 | **Account Title:** | |
| **For Period Beginning:** | 8/28/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 8/22/2014 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,000.00 | $29.66 | $3,970.34 |

| **For the period of 8/28/2012 to 8/22/2014** | | **For the entire history of the case between 08/28/2012 to 8/22/2014** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $29.66 | Total Compensable Disbursements: | $29.66 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $29.66 | Total Comp/Non Comp Disbursements: | $29.66 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIMS ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No.: | 12-34058-JBS | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | | | | | | | Date: 8/22/2014 |
| Claims Bar Date: | 04/18/2013 | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ  420 West Clayton St  Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $4.86 | $0.00 | $0.00 | $0.00 | $4.86 |
| | LAKELAW  420 W. Clayton Street  Waukegan  60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| | LAKELAW  420 W. Clayton Street  Waukegan  60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $9.66 | $0.00 | $0.00 | $0.00 | $9.66 |
| | DAVID P. LEIBOWITZ  420 West Clayton St  Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 1 | DISCOVER BANK  DB Servicing Corporation  PO Box 3025  New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,301.02 | $0.00 | $0.00 | $0.00 | $5,301.02 |
| 2 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.  Resurgent Capital Services  PO Box 19008  Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $205.13 | $0.00 | $0.00 | $0.00 | $205.13 |
| 3 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE OF CITIBANK, N.A.  Resurgent Capital Services  PO Box 19008  Greenville SC 29602 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $8,316.44 | $0.00 | $0.00 | $0.00 | $8,316.44 |

CLAIMS ANALYSIS REPORT

Page No: 2
Exhibit C

| Case No. | 12-34058-JBS | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | | | | | | | | Date: 8/22/2014 |
| Claims Bar Date: | 04/18/2013 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | SALLIE MAE<br><br>c/o Sallie Mae Inc<br>220 Lasley Ave<br>Wilkes Barre Pa 18706 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $2,432.66 | $0.00 | $0.00 | $0.00 | $2,432.66 |
| 5 | AMERICAN EXPRESS CENTURION BANK<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $877.95 | $0.00 | $0.00 | $0.00 | $877.95 |

**Claim Notes:** (5-1) CREDIT CARD DEBT

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 6 | AMERICAN EXPRESS BANK, FSB<br><br>c o Becket and Lee LLP<br>POB 3001<br>Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $836.39 | $0.00 | $0.00 | $0.00 | $836.39 |

**Claim Notes:** (6-1) CREDIT CARD DEBT

| | | | | | **$19,984.11** | **$0.00** | **$0.00** | **$0.00** | **$19,984.11** |
|---|---|---|---|---|---|---|---|---|---|

**CLAIMS ANALYSIS REPORT**

Page No: 3
Exhibit C

| | |
|---|---|
| **Case No.** 12-34058-JBS | **Trustee Name:** David Leibowitz |
| **Case Name:** KNIPPEN, JAMES P AND KNIPPEN, RENATE M | **Date:** 8/22/2014 |
| **Claims Bar Date:** 04/18/2013 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Attorney for Trustee Expenses (Trustee Firm) | $9.66 | $9.66 | $0.00 | $0.00 | $0.00 | $9.66 |
| Attorney for Trustee Fees (Trustee Firm) | $2,716.50 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| General Unsecured § 726(a)(2) | $2,432.66 | $2,432.66 | $0.00 | $0.00 | $0.00 | $2,432.66 |
| Payments to Unsecured Credit Card Holders | $15,536.93 | $15,536.93 | $0.00 | $0.00 | $0.00 | $15,536.93 |
| Trustee Compensation | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Trustee Expenses | $4.86 | $4.86 | $0.00 | $0.00 | $0.00 | $4.86 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.:    12-34058-JBS
Case Name:   JAMES P KNIPPEN
             RENATE M KNIPPEN
Trustee Name: David P. Leibowitz

Balance on hand:    $3,970.34

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:   $0.00
Remaining balance:   $3,970.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| David P. Leibowitz, Trustee Expenses | $4.86 | $0.00 | $4.86 |
| Lakelaw, Attorney for Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $9.66 | $0.00 | $9.66 |

Total to be paid for chapter 7 administrative expenses:   $2,014.52
Remaining balance:   $1,955.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:   $0.00
Remaining balance:   $1,955.82

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

Total to be paid to priority claims:   $0.00

**UST Form 101-7-TFR (5/1/2011)**

|  | Remaining balance: | $1,955.82 |
|---|---:|---:|

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,969.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---:|---|---:|---:|---:|
| 1 | Discover Bank | $5,301.02 | $0.00 | $576.96 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | $205.13 | $0.00 | $22.33 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | $8,316.44 | $0.00 | $905.17 |
| 4 | Sallie Mae | $2,432.66 | $0.00 | $264.77 |
| 5 | American Express Centurion Bank | $877.95 | $0.00 | $95.56 |
| 6 | American Express Bank, FSB | $836.39 | $0.00 | $91.03 |

|  |  |
|---|---:|
| Total to be paid to timely general unsecured claims: | $1,955.82 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---:|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

|  |  |
|---|---:|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**