# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| In re: | § | Case No. 12-34058-JBS |
|---|---|---|
| | § | |
| JAMES P KNIPPEN | § | |
| RENATE M KNIPPEN | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 11/25/2014, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  10/21/2014              By:  /s/ David P. Leibowitz
                                           Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-34058-JBS |
| | § | |
| JAMES P KNIPPEN | § | |
| RENATE M KNIPPEN | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*  $4,000.00
*and approved disbursements of*  $29.66
*leaving a balance on hand of[1]:*  $3,970.34

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:  $0.00
Remaining balance:  $3,970.34

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| David P. Leibowitz, Trustee Expenses | $4.86 | $0.00 | $4.86 |
| Lakelaw, Attorney for Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| Lakelaw, Attorney for Trustee Expenses | $9.66 | $0.00 | $9.66 |

Total to be paid for chapter 7 administrative expenses:  $2,014.52
Remaining balance:  $1,955.82

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,955.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $1,955.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $17,969.59 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $5,301.02 | $0.00 | $576.96 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | $205.13 | $0.00 | $22.33 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | $8,316.44 | $0.00 | $905.17 |
| 4 | Sallie Mae | $2,432.66 | $0.00 | $264.77 |
| 5 | American Express Centurion Bank | $877.95 | $0.00 | $95.56 |
| 6 | American Express Bank, FSB | $836.39 | $0.00 | $91.03 |

|  | Total to be paid to timely general unsecured claims: | $1,955.82 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 12-34058-JBS
James P Knippen                                                 Chapter 7
Renate M Knippen
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mgonzalez              Page 1 of 1              Date Rcvd: Oct 22, 2014
                              Form ID: pdf006              Total Noticed: 17
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 24, 2014.
```
db/jdb         +James P Knippen,    Renate M Knippen,    75 Springwood Ct,    Roselle, IL 60172-1076
aty             David P. Leibowitz, LLC,    d/b/a Lakelaw,    420 West Clayton Street,    Waukegan, IL  60085-4216
19369434       +American Chartered Bank,    1199 E. Higgins Road,    Schaumburg, IL 60173-4711
19369435        American Express,    Box 0001,    Los Angeles, CA 90096-0001
20305458        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20250803        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19369436        Chase,   P.O. Box 15298,    Wilmington, DE 19850-5298
19369437        Chase,   P.O. Box 15153,    Wilmington, DE 19886-5153
19369438       +Citi Gold/Advantage Account,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
19369443        Shell/Citibank SD,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19369440        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 23 2014 01:35:57      Discover,   P.O. Box 30943,
                 Salt Lake City, UT 84130
19369439       +E-mail/PDF: pa_dc_ed@navient.com Oct 23 2014 01:34:58      Department of Education / Sallie Ma,
                 P.O. Box 9635,    Wilkes Barre, PA 18773-9635
19949383        E-mail/PDF: mrdiscen@discoverfinancial.com Oct 23 2014 01:35:57      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19369441       +E-mail/PDF: gecsedi@recoverycorp.com Oct 23 2014 01:37:07      JC Penney/GEMoney Bank,
                 Attn.: Bankruptcy Dept.,    P.O. Box 103104,    Roswell, GA 30076-9104
19986951       +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 23 2014 01:35:00
                 PYOD, LLC its successors and assigns as assignee,    of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
19369442        E-mail/PDF: pa_dc_claims@navient.com Oct 23 2014 01:39:11      Sallie Mae,   P.O. Box 9533,
                 Wilkes Barre, PA 18773-9533
20122512       +E-mail/PDF: pa_dc_claims@navient.com Oct 23 2014 01:34:57      Sallie Mae,   c/o Sallie Mae Inc,
                 220 Lasley Ave,    Wilkes Barre Pa 18706-1496
                                                                                              TOTAL: 7
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20124126*      +Sallie Mae,   c/o Sallie Mae Inc,    220 Lasley Ave,    Wilkes Barre Pa 18706-1496
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 24, 2014                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2014 at the address(es) listed below:
```
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              Heather M Giannino    on behalf of Creditor    JPMorgan Chase Bank, National Association
               bankruptcy@hsbattys.com, bankruptcy@hsbattys.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert N Honig    on behalf of Joint Debtor Renate M Knippen robert@roberthonig.com
              Robert N Honig    on behalf of Debtor James P Knippen robert@roberthonig.com
                                                                                             TOTAL: 6
```