**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 12-34058-JBS |
|---|---|---|
| | § | |
| JAMES P KNIPPEN | § | |
| RENATE M KNIPPEN | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $369,307.49 | Assets Exempt: | $117,000.00 |
| Total Distributions to Claimants: | $1,955.82 | Claims Discharged Without Payment: | $41,786.33 |
| Total Expenses of Administration: | $2,044.18 | | |

3) Total gross receipts of $4,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $386,655.79 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $3,760.68 | $2,044.18 | $2,044.18 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $45,203.61 | $17,969.59 | $17,969.59 | $1,955.82 |
| **Total Disbursements** | $431,859.40 | $21,730.27 | $20,013.77 | $4,000.00 |

4). This case was originally filed under chapter 7 on 08/28/2012. The case was pending for 32 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/28/2015   By: /s/ David P. Leibowitz
                         Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2 Vacant Lots - Twin Lakes, Wisconsin PIN: 85-4-119-214-1140 PIN: 85-4-119-214-1135 | 1110-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Chartered Bank | 4110-000 | $20,000.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $366,655.79 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$386,655.79** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $4.86 | $4.86 | $4.86 |
| Green Bank | 2600-000 | NA | $29.66 | $29.66 | $29.66 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $2,716.50 | $1,000.00 | $1,000.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $9.66 | $9.66 | $9.66 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | **$3,760.68** | **$2,044.18** | **$2,044.18** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (10/1/2010)

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $5,436.59 | $5,301.02 | $5,301.02 | $576.96 |
| 2 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | 7100-900 | $200.00 | $205.13 | $205.13 | $22.33 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. | 7100-900 | $8,036.10 | $8,316.44 | $8,316.44 | $905.17 |
| 4 | Sallie Mae | 7100-000 | $5,233.90 | $2,432.66 | $2,432.66 | $264.77 |
| 5 | American Express Centurion Bank | 7100-900 | $524.46 | $877.95 | $877.95 | $95.56 |
| 6 | American Express Bank, FSB | 7100-900 | $0.00 | $836.39 | $836.39 | $91.03 |
|  | Chase | 7100-000 | $11,786.56 | $0.00 | $0.00 | $0.00 |
|  | Department of Education / Sallie Ma | 7100-000 | $13,865.00 | $0.00 | $0.00 | $0.00 |
|  | JC Penney/GEMoney Bank | 7100-000 | $121.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $45,203.61 | $17,969.59 | $17,969.59 | $1,955.82 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-34058-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | Date Filed (f) or Converted (c): | 08/28/2012 (f) |
| For the Period Ending: | 4/28/2015 | §341(a) Meeting Date: | 10/02/2012 |
| | | Claims Bar Date: | 04/18/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Single family residence commonly know as 75 Springwood Ct. Roselle, IL 60172-1076 | $368,000.00 | $0.00 | | $0.00 | FA |
| 2 | 2 Vacant Lots - Twin Lakes, Wisconsin PIN: 85-4-119-214-1140 PIN: 85-4-119-214-1135 | $20,000.00 | $24,000.00 | | $4,000.00 | FA |
| Asset Notes: | Lots listed for sale. | | | | | |
| 3 | Cash on hand (approximate) | $40.00 | $0.00 | | $0.00 | FA |
| 4 | Checking Account No. -2510 BMO Harris Bank, N.A. PO Box 94033 Palatine, IL 60094-4033 Balance is approximate | $378.39 | $0.00 | | $0.00 | FA |
| 5 | Pre-paid Mastercard No. -1250 | $9.10 | $9.10 | | $0.00 | FA |
| 6 | Usual and typical household items including 5 sofa/loveseats, 3 occasional chairs, 1 kitchen table set, 1 television cabinet, 3 bookcases, 2 lamps, 6 coffee/end tables, 2 desks, 4 televisions, 1 stereo, 4 beds, 7 nighstands/dressers, 1 tool, 1 lawnmower, 1 outdoor furnishing1 computer, 1 camera, 2 golf club set, bicycles, 1 treadmill, 1 exercise bike, 1 precious moments collection, 1 weight set and kitchen appliances. | $2,680.00 | $1,298.39 | | $0.00 | FA |
| 7 | Usual and typical used clothing | $200.00 | $0.00 | | $0.00 | FA |
| 8 | 1 wedding rings set and 1 pair of earrings | $1,000.00 | $0.00 | | $0.00 | FA |
| 9 | $500,000 term life insurance through Northwestern Mutual | $0.00 | $0.00 | | $0.00 | FA |
| 10 | $500,000 term life insurance through Northwestern Mutual | $0.00 | $0.00 | | $0.00 | FA |
| 11 | 401(k) through current place of employment (approximate) | $104,000.00 | $0.00 | | $0.00 | FA |
| 12 | 100% of the common stock of Knippen Enterprises, Inc. | $0.00 | $0.00 | | $0.00 | FA |
| 13 | Possible 2012 income tax refund | $2,000.00 | $0.00 | | $0.00 | FA |

| Case No.: | 12-34058-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | Date Filed (f) or Converted (c): | 08/28/2012 (f) |
| For the Period Ending: | 4/28/2015 | §341(a) Meeting Date: | 10/02/2012 |
| | | Claims Bar Date: | 04/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 14 1/6 interest in Estate of James P. Knippen, Sr. Only asset in estate is cause of action against Debtor's sister, Peggy Lethert, who is believed to be insolvent. Attorney representing estate is Anthony Divincenzo. 312-334-4800 x110. | $0.00 | Unknown | | $0.00 | FA |
| 15 2000 Ford Expedition | $3,500.00 | $0.00 | | $0.00 | FA |
| 16 1998 Chrysler Cirrus | $1,500.00 | $0.00 | | $0.00 | FA |
| 17 1995 Harley Davidson FLHR Road King | $3,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**                                            **Gross Value of Remaining Assets**

                              **$506,307.49**                 **$25,307.49**                         **$4,000.00**       **$0.00**

**Major Activities affecting case closing:**

| | |
|---|---|
| 09/15/2014 | TFR submitted to UST |
| 08/22/2014 | TFR and Fee Apps prepared for Attorneys review. |
| 06/25/2013 | Liquidation of Vacant lots in WI. |
| 01/16/2013 | Selling Vacant Lots Wisconsin |
| | Valued at $24,000.00 |
| | Motion Employ Lakelaw Granted |
| | Employ Julie Bush Granted |
| 11/27/2012 | 341 held 10/23/2012 – Trustee requested information on vacate lots on Twin Lakes. As of today we have not received the requested information. In addition, please provide complaint in Debtor's suit against Wendy Micho. |
| | Thank you. |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 12/31/2013 | /s/ DAVID LEIBOWITZ | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2014 | DAVID LEIBOWITZ | |

Case 12-34058   Doc 39   Filed 05/07/15   Entered 05/07/15 15:52:57   Desc Main
Document   Page 7 of 9

Page No: 1
FORM 2
CASH RECEIPTS AND DISBURSEMENTS RECORD
Exhibit 9

| Case No. | 12-34058-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6523 | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | **-***6524 | Account Title: | |
| For Period Beginning: | 8/28/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/07/2014 | (2) | Panorama Asset Recovery, LLC | Payment for estate's equity interest | 1110-000 | $4,000.00 | | $4,000.00 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $4.37 | $3,995.63 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.23 | $3,989.40 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.64 | $3,982.76 |
| 06/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.01 | $3,976.75 |
| 07/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $6.41 | $3,970.34 |
| 11/26/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,000.00 | $2,970.34 |
| 11/26/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $4.86 | $2,965.48 |
| 11/26/2014 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 2,716.50; Amount Allowed: 1,000.00; Distribution Dividend: 100.00; | 3110-000 | | $1,000.00 | $1,965.48 |
| 11/26/2014 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 9.66; Amount Allowed: 9.66; Distribution Dividend: 100.00; | 3120-000 | | $9.66 | $1,955.82 |
| 11/26/2014 | 3005 | Sallie Mae | Claim #: 4; Amount Claimed: 2,432.66; Amount Allowed: 2,432.66; Distribution Dividend: 10.88; | 7100-000 | | $264.77 | $1,691.05 |
| 11/26/2014 | 3006 | American Express Centurion Bank | Claim #: 5; Amount Claimed: 877.95; Amount Allowed: 877.95; Distribution Dividend: 10.88; | 7100-900 | | $95.56 | $1,595.49 |
| 11/26/2014 | 3007 | American Express Bank, FSB | Claim #: 6; Amount Claimed: 836.39; Amount Allowed: 836.39; Distribution Dividend: 10.88; | 7100-900 | | $91.03 | $1,504.46 |
| 11/26/2014 | 3008 | Discover Bank | Claim #: 1; Amount Claimed: 5,301.02; Amount Allowed: 5,301.02; Distribution Dividend: 10.88; | 7100-900 | | $576.96 | $927.50 |
| 11/26/2014 | 3009 | PYOD, LLC its successors and assigns as assignee of | Claim #: 2; Amount Claimed: 205.13; Amount Allowed: 205.13; Distribution Dividend: 10.88; | 7100-900 | | $22.33 | $905.17 |
| 11/26/2014 | 3010 | PYOD, LLC its successors and assigns as assignee of | Claim #: 3; Amount Claimed: 8,316.44; Amount Allowed: 8,316.44; Distribution Dividend: 10.88; | 7100-900 | | $905.17 | $0.00 |
| | | | SUBTOTALS | | $4,000.00 | $4,000.00 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-34058-JBS | | Trustee Name: | David Leibowitz |
| Case Name: | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6523 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | **-***6524 | | Account Title: | |
| For Period Beginning: | 8/28/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $4,000.00 | $4,000.00 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,000.00 | $4,000.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,000.00 | $4,000.00 | |

**For the period of 8/28/2012 to 4/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/07/2014 to 4/28/2015**

| | |
|---|---|
| Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 3

Case 12-34058    Doc 39    Filed 05/07/15    Entered 05/07/15 15:52:57    Desc Main
                                  FORM 2
                    CASH RECEIPTS AND DISBURSEMENTS RECORD
                        Document      Page 9 of 9

Exhibit 9

| Case No. | 12-34058-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | KNIPPEN, JAMES P AND KNIPPEN, RENATE M | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***6523 | | Checking Acct #: | ******5801 |
| Co-Debtor Taxpayer ID #: | **-***6524 | | Account Title: | |
| For Period Beginning: | 8/28/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 4/28/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $4,000.00 | $4,000.00 | $0.00 |

| For the period of 8/28/2012 to 4/28/2015 | | For the entire history of the case between 08/28/2012 to 4/28/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,000.00 | Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 | Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |